THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 South Carolina
 Department of Social Services, Respondent,
 
 
 
 
 

   v.

 
 
 
 
 Olivia L.,
 Calvin A., and John Doe, Defendants,
 
 Of whom Olivia
 L. and Calvin A. are the Appellants.
 
 In the interest of four minor children under the age of 18.
 
 
 

Appeal From Barnwell County
Dale Moore Gable, Family Court Judge

Unpublished Opinion No. 2010-UP-398
 Submitted September 1, 2010  Filed
September 13, 2010    

AFFIRMED

 
 
 
 Christopher J. Moore and Pete Kumala, of
 Barnwell, for Appellants.
 Amanda Frances Whittle, of Aiken, for
 Respondent.
 Patrick McWilliams, of Aiken, for Guardian
 ad Litem. 
 
 
 

PER CURIAM: Olivia L. and Calvin A. appeal from the family court's final order terminating
 their parental rights to their minor children.  See S.C. Code Ann. § 63-7-2570 (2010).  Upon a
 thorough review of the record and the family court's findings of fact and
 conclusions of law pursuant to Ex Parte Cauthen, 291 S.C. 465, 354
 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly,
 we affirm the family court's ruling and grant counsel's petition to be relieved. 
AFFIRMED.[1]
FEW, C.J.,
 WILLIAMS and KONDUROS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.